IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 18 2017

BY _____
DEPUTY CLERK

IN THE MATTER OF THE SEARCH OF
1231 SHANNON LANE, LAVERGNE,
TENNESSEE

No. 17-MJ-4226

## ORDER

Upon motion of the United States to unseal the documents filed in this case, it is ORDERED that the documents filed in this case are hereby unsealed.

It is so ORDERED this 18th day of December 2017.

Alistair Newbern
United States Magistrate Judge